UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,          CR 05-375 SI

  v.                    STIPULATION AND ORDER
                        TO TRAVEL OUTSIDE
JAY CHEN,               NORTHERN DISTRICT

    Defendant.
_____/

    THE PARTIES HEREBY STIPULATE AND AGREE that defendant JAY CHEN may travel outside the Northern District of California to Reno, Nevada, from February 11 to February 13, 2005. Defendant shall provide Pretrial Services a copy of his itinerary and a telephone number where he may be reached. Pretrial Services Officer Betty Kim has no objection to this request.

    Dated: February 7, 2006

/s/ ANDREW SCOBLE            /s/ OMAR FIGUEROA
ANDREW SCOBLE               OMAR FIGUEROA
Assistant U.S. Attorney       Attorney for Defendant

**IT IS SO ORDERED.**

SUSAN ILLSTON, Judge
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331