OMAR FIGUEROA SBN 196650
Pier 5 Law Offices
506 Broadway
San Francisco, CA 94133
415-986-5591
ATTORNEY FOR THE DEFENDANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                    CR 05-375 SI

  v.                            STIPULATION AND ORDER
                                  TO TRAVEL OUTSIDE
JAY CHEN,                        NORTHERN DISTRICT

    Defendant.
_____/

    THE PARTIES HEREBY STIPULATE AND AGREE that defendant JAY CHEN may travel outside the Northern District of California to 250 N. Arlington Avenue, Reno, Nevada, from Saturday June 3 to Sunday June 4, 2006 for his brother's wedding. Defendant shall provide Pretrial Services a copy of his itinerary and a telephone number where he may be reached. Pretrial Services Officer Betty Kim has no objection to this request.

    Dated: May 25, 2006

/s/ ANDREW SCOBLE              /s/ OMAR FIGUEROA
ANDREW SCOBLE                  OMAR FIGUEROA
Assistant U.S. Attorney        Attorney for Defendant

**IT IS SO ORDERED.**

_____
SUSAN ILLSTON, Judge
United States District Court