OMAR FIGUEROA SBN 196650
506 Broadway
San Francisco, CA 94133
415/986-5591

Attorney for Defendant
JAY CHEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 05-375 SI |
| v. | STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| JAY CHEN, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant JAY CHEN's pretrial release conditions shall be modified as follows:

1. Defendant Chen shall no longer require a Third Party Custodian;

2. Defendant shall be permitted to move from his sister's house into a residence of his own, with the approval of Pretrial Services.

Pretrial Services Officer Betty Kim has no objection to this request.

Dated: June 20, 2006

/s/ ANDREW SCOBLE                    /s/ OMAR FIGUEROA
ANDREW SCOBLE                        OMAR FIGUEROA
Assistant U.S. Attorney              Attorney for Defendant

**IT IS SO ORDERED.**

_____
SUSAN ILLSTON, Judge
United States District Court