JOSEPH P. RUSSONIELLO  (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NICOLE KIM  (NYBN 4435806)
Assistant United States Attorney

   450 Golden Gate Ave.
   San Francisco, California  94102
   Telephone:  (415) 436-6401
   Fax:  (415) 436-6982
   E-Mail:     nicole.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.:  CR 05-0375 SI |
| ) | |
| ) | STIPULATION CONTINUING |
| ) | SENTENCING HEARING; AND |
| v. ) | [PROPOSED] ORDER |
| ) | |
| JAY CHEN, ) | |
| ) | |
|    Defendant. ) | |
| _____ ) | |

## STIPULATION

     The parties, through undersigned counsel, STIPULATE that the sentencing hearing in the above-referenced matter, set for March 20, 2009 at 11:00 a.m., may – with the Court's concurrence –  be continued to April 10, 2009 at 11:00 a.m.  The reason for this continuance is to accommodate Probation's schedule so that the Probation Officer has sufficient time to prepare the presentence report in this matter.

STIPULATION; [PROPOSED] ORDER

1

| | | |
|---|---|---|
| 1 | Dated: February 17, 2009 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | | /s/ Nicole M. Kim |
| 4 | | _____<br>NICOLE M. KIM<br>ANDREW M. SCOBLE |
| 5 | | Assistant United States Attorneys |
| 6 | | |
| 7 | _____<br>Dated: February 17, 2009 | /s/ Omar Figueroa<br>_____<br>OMAR FIGUEROA |
| 8 | | Attorney for Defendant |

[PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The sentencing hearing in the above-referenced case is continued to Friday, April 10, 2009 at 11:00 a.m.

Dated: _____, 2009

_____
HON. SUSAN ILLSTON
United States District Judge

STIPULATION; [PROPOSED] ORDER

2